UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Raven Schexnayder, <br><br>                    Plaintiff, <br>    v. <br><br> Commercial Recovery Systems, Inc.; and DOES 1-10, inclusive, <br><br>                    Defendants. | Civil Action No.:  6:12-cv-01810-RTH-CMH |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: October 19, 2012

        Respectfully submitted,

        PLAINTIFF, Raven Schexnayder

        By: ___/s/ Kenneth D. McLean_____
        Kenneth D. McLean, Esq. (LSB No. 30190)
        THE McLEAN LAW FIRM, LLC
        P.O. Box 38161
        Germantown, TN 38183-0161
        Telephone: (901) 326-6888
        Facsimile: (901) 531-8102
        Attorneys for Plaintiff

        Of Counsel To:

        LEMBERG & ASSOCIATES L.L.C.
        1100 Summer Street, 3rd Floor
        Stamford, CT 06905
        Telephone: (203) 653-2250
        Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 19, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Louisiana Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                  By /s/ Kenneth D. McLean
                                                       Kenneth D. McLean, Esq.